# ELECTRONIC RECORD

COA # 02-14-00515-CR      OFFENSE: OTHER CRIMINAL

STYLE: Eric Paul Khozindar v. The State of Texas      COUNTY: Denton

COA DISPOSITION: DISMJR      TRIAL COURT: County Criminal Court No. 4

DATE: 05/28/15      Publish: NO      TC CASE #: CR-2014-01347-Y

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Eric Paul Khozindar v. The State of Texas      CCA #: **799-15**

_APPELLANT'S_ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

REFUSED      JUDGE: _____

DATE: 08/26/2015      SIGNED: _____      PC: _____

JUDGE: Per Curiam      PUBLISH: _____      DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**